UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| LEGACY HOUSING CORPORATION | CIVIL ACTION NO. 2:24-cv-00525-JDC-DJA |
| Plaintiff | |
| VERSUS | JUDGE: JAMES D. CAIN, JR. |
| COUNTRY AIRE MHP LLC, et al | MAGISTRATE JUDGE: DAVID J. AYO |
| Defendants | |

### INDIVIDUAL DEFENDANTS' MOTION TO DISMISS COMPLAINT FOR LACK OF PERSONAL JURISDICTION

Pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure and Local Rule 7.1(h), defendants Robert Hutson and Eric Wooten (collectively, "Individual Defendants"), respectfully move to dismiss the Complaint filed by Plaintiff Legacy Housing Corporation for lack of personal jurisdiction.[1] The grounds for the relief requested in this Motion are set for in the Individual Defendants' supporting brief, which accompanies this Motion.

Dated: May 28, 2024.

| | |
|---|---|
| */s/ Eliyahu Ness* | */s/ Van C. Seneca* |
| Eliyahu "Eli" Ness | Billy E. Loftin, Jr. |
| NESS PLLC | Van C. Seneca |
| 3232 McKinney Ave., Ste. 500 | Loftin Law Group, LLC. |
| Dallas, TX  75204 | 113 Dr. Michael DeBakey Dr. |
| Telephone - (469) 319-1355 | Lake Charles, LA  70601 |
| eness@nesslegal.com | Telephone - (337) 310-4300 |
| | Fax – (337) 310-4400 |
| | billy@loftinleblanc.com |
| | van@loftinleblanc.com |

---

[1] Defendants William Rodwell and Country Aire MHP, LLC do not join this motion.

1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on Plaintiff's counsel of record by filing a copy of the foregoing document electronically with the Clerk of Court using the CM/ECF system on May 28, 2024.

By: /s/ *Eliyahu Ness*
Eliyahu Ness